IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JOYCE A. BLOUNT,** *PRO SE* **PLAINTIFF**

**VS.** **CIVIL ACTION NO. 3:14cv536-DPJ-FKB**

**BANK OF AMERICA** **DEFENDANT**

### ORDER GRANTING UNOPPOSED DISMISSAL OF CAUSE OF ACTION

THIS CAUSE this date having come on for hearing on Plaintiff's *pro se* Unopposed Motion to Dismiss Cause of Action Without Prejudice, and the Court, having considered said motion, finds that it should be granted.

IT IS FURTHER ORDERED that this action be dismissed without prejudice, and that all parties bear their own costs.

**SO ORDERED AND ADJUDGED** this the 30th day of December, 2014.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE


PRESENTED BY:

Joyce A. Blount
131 Shadow Hill Drive
Madison, MS 39110